IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PATRICE NORWOOD, individually and on behalf of all others similarly situated**                                    **PLAINTIFF**

**V.**                                    **NO. 4:21-CV-134-DMB-JMV**

**UNITED MEDICAL RECOVERY, LLC; and JOHN DOES 1-25**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 5th day of January, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**